**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 352 WAL 2016
                                                          :
                            Respondent          :
                                                          :    Petition for Allowance of Appeal from
                                                          :    the Order of the Superior Court
                    v.                                :
                                                          :
                                                          :
JOHN DANTZLER,                            :
                                                          :
                            Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.